1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA J. SHEPARD (CABN 205143)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7027
        Alexandra.Shepard2@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0329 RS |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| OBED ALFONSO OBESO-CORTEZ, | |
| Defendant. | |

On July 23, 2019, defendant Obed Alfonso Obeso-Cortez was charged by Indictment with one count of illegal reentry into the United States, in violation of Title 18, United States Code, § 1326. The defendant came before the Court on July 29, 2019 and July 31, 2019 for a detention hearing. The defendant was present at the hearing and represented by his counsel, Assistant Federal Public Defender Ellen Leonida. Special Assistant United States Attorney Alexandra Shepard represented the United States.

The government requested detention, submitting that no condition or combination of conditions would assure the defendant's appearance at future proceedings or reasonably assure the safety of any other person or the community. Pretrial Services submitted a report recommending detention on the basis that the defendant is a flight risk and a danger to the community.

Upon consideration of the Pretrial Services report, the court file, and the party proffers, the Court finds on the present record that no condition or combination of conditions would reasonably assure the defendant's appearance at future proceedings. The Court orders the defendant detained.

The Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3150, sets forth the factors which the Court must consider in determining whether pretrial detention is warranted. In coming to its decision, the Court has considered those factors, paraphrased below:

(1) the nature and seriousness of the offense charged;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person including, among other considerations, employment, past conduct and criminal history, and records of court appearances; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion that the defendant presents a risk of flight. First, defendant is a citizen of Mexico, has substantial family ties to Mexico, and recently expressed to his sister a desire to return to Mexico. Second, the defendant is not able to provide sufficient sureties to guarantee his appearance at future hearings. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel;

//

//

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: August 2, 2019

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge