STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: David_Rizk@fd.org

Counsel for Defendant Martinez

FILED

OCT 3 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CARLOS CHAVEZ- MARTINEZ, Defendant. | Case No.: CR 19-~~71073~~ 00351 TSH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: PRETRIAL SCHEDULE**<br><br>**Court:** Courtroom A, 15th Floor |

The parties hereby stipulate to the following schedule dates:

- November 12-13, 2019: Trial[1].

- November 5, 2019: Pretrial conference.

- November 1, 2019: Defense files exhibit and witness list.

- October 29, 2019: Government files exhibit and witness list.

- October 24, 2019: Oppositions to motions *in limine* due; defense provides notice of experts.

---

[1] During trial, parties shall make good faith effort to identify order of witnesses for next day by 7 pm the prior day.

- October 17, 2019: Motions *in limine* due; proposed jury instructions due; verdict form due; proposed *voire dire* questions due; government provides notice of experts; defense discloses all materials required by *Jencks*.
- October 11, 2019: Defense certifies production of all discovery per Rule 16.
- October 10, 2019: government certifies production of all discovery per Rule 16; government to provide notice of Rule 404(b) evidence; government produces all materials required by *Brady, Jencks*, and *Giglio*.

IT IS SO STIPULATED.

Dated: October 3, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
_____
DAVID RIZK
Assistant Federal Public Defender

Dated: October 3, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
_____
DENISE OKI
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 10/3/19

_____
THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER RE: PRETRIAL SCHEDULE
*MARTINEZ*, CR 19–71073 TSH

2